## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

FRANK PHILLIP LEONARD SR ET AL     CASE NO. 3:25-CV-01426

VERSUS     JUDGE TERRY A. DOUGHTY

COMPASS ENERGY OPERATING L L C    MAG. JUDGE KAYLA D.
ET AL     MCCLUSKY

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 24], noting no objections filed thereto, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the argument as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. No. 12] is **GRANTED**, and Plaintiffs' Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**. FED. R. CIV. P. 12(b)(1) and/or 12(h)(3).

MONROE, LOUISIANA, this 16th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE